```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                                    NO. 4:04CR00140-001 SWW

TAMIKA WADE

<u>ORDER</u>

Pending before the Court is the government's motion to unseal Part A of the Presentence Report of this defendant stating that the United States anticipates calling Tamika Wade as a witness in the trial of Charles Coker and introducing Part A of the Presentence Report. Defense counsel has responded that defendant does not oppose such motion. Therefore, the Court finds that the government's motion should be granted.

IT IS SO THEREFORE ORDERED that the government's motion to unseal Part A of the Presentence Report for use at the trial of Charles Coker hereby is granted.

DATED this 5th day of August, 2008.

<u>/s/ Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE